IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

FILED
SEP 0 5 2017
Clerk, U.S. District Court
District Of Montana
Billings

| UNITED STATES OF AMERICA, | Case No. CR-17-48-BLG-SPW-2 |
|---|---|
| Plaintiff, | ORDER RESETTING HEARING ON MOTION TO SUPPRESS |
| vs. | |
| CURTIS WAYNE OLSON and KRISTA LEAH ANDERSON, | |
| Defendants. | |

Upon Defendant Anderson's Unopposed Motion to Reset Hearing on Motion to Suppress (Doc. 50), and for good cause being shown,

IT IS HEREBY ORDERED that Defendant's Motion to Reset Hearing on Defendant's Motion to Suppress is **GRANTED**. The hearing currently set for October 13, 2017, is **VACATED** and **RESET** for **Friday, September 29, 2017 at 9:30 a.m.**, in the Snowy Mountains Courtroom at the James F. Battin Courthouse, Billings, Montana.

The clerk is directed to notify counsel and the United States Marshals Service of the entry of this Order.

DATED this 5th day of September, 2017.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge

1